UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

1:14-ml-02570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

   Speer, Marcia & Joseph J. (1:16-cv-00660); Branham, Shari & Michael (1:16-cv00661); Wood, Bobbie & Curtis (1:16-cv-00860); Thompson, Rodger (1:16-cv00872); Gragirene, Maribel (1:16-cv-00874); Dolyk, David (1:16-cv-01093); Milner, Geneva & Nelson (1:16-cv-01094); Coleman, Betty L. (1:16-cv-01109); Simon, Ann Marie (1:16-cv-02039); Oubre, Heidi (1:16-cv-02186); Ortiz, Maria (1:16-cv-02998); Packard, Frederick & Susan (1:17-cv-01293); King, Yvette (1:17- cv-01517); Speed, Anthony (1:17-cv-04002); Carpenter, Sandy E. (1:18-cv00928); Holder, Vera aka Clinton, Vera (Estate) (1:19-cv-00294)

_____

## ORDER GRANTING JOINT MOTION TO REINSTATE CASES

The court, having considered the Parties' Joint Motion to Reinstate, and being duly advised, hereby **GRANTS** the Joint Motion (Dkt. 27576).

**IT IS THEREFORE ORDERED** that the following Plaintiffs' cases are reinstated under the same cause numbers:

   • Speer, Marcia & Joseph J. (1:16-cv-00660)

   • Branham, Shari & Michael (1:16-cv-00661)

   • Wood, Bobbie & Curtis (1:16-cv-00860)

   • Thompson, Rodger (1:16-cv-00872)

- Gragirene, Maribel (1:16-cv-00874)
- Dolyk, David (1:16-cv-01093)
- Milner, Geneva & Nelson (1:16-cv-01094)
- Coleman, Betty L. (1:16-cv-01109)
- Simon, Ann Marie (1:16-cv-02039)
- Oubre, Heidi (1:16-cv-02186)
- Ortiz, Maria (1:16-cv-02998)
- Packard, Frederick & Susan (1:17-cv-01293)
- King, Yvette (1:17-cv-01517)
- Speed, Anthony (1:17-cv-04002)
- Carpenter, Sandy E. (1:18-cv-00928)
- Holder, Vera aka Clinton, Vera (Estate) (1:19-cv-00294)

**IT IS SO ORDERED** this 13th day of January 2026.

_[signature]_
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.